IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Ashley Minter, et al.,   )
                         )
            Plaintiffs,  )
                         )
      v.                 )  Case No. 11-04242-CV-C-NKL
                         )
                         )  Date: September 14, 2011
Donald M. Claycomb, et al., )
                         )
            Defendants.  )

## MINUTE SHEET

HONORABLE Nanette K. Laughrey presiding at Jefferson City, Missouri.
================================================================================
Nature of Proceeding: Teleconference
Time: 5:10 PM - 5:25 PM

Plaintiff by:      Anthony E. Rothert and Grant Doty, American Civil Liberties Union of
                   Eastern Missouri; Jason D. Williamson, American Civil Liberties Union
                   Foundation
Defendants by:     Kent Brown and Annie Willis


Comments:

Teleconference held regarding Plaintiffs' Motion for Temporary Restraining Order [Doc. # 3]. The Court granted the Motion enjoining any further testing of samples and any reporting of results to the school. Bond set at $250.

Court Reporter:  None                              By: Fran Smith, Judicial Assistant