UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| Michael Barrett, IV, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 2:11-cv-04242-NKL |
| | ) | |
| Donald M. Claycomb, et al.; | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS DAMAGES CLAIM**

Come now Plaintiffs, pursuant to FED.R.CIV.P. 41(a)(2), through their counsel and with the consent of Defendants, and moves this Court to dismiss the claim for damages in their First Amended Complaint without prejudice.

Respectfully submitted,

/s/ Anthony E. Rothert
ANTHONY E. ROTHERT, #44827MO
GRANT R. DOTY, #60788MO
AMERICAN CIVIL LIBERTIES UNION
    OF EASTERN MISSOURI
454 Whittier Street
St. Louis, Missouri 63108
(314) 652-3114
FAX: (314) 652-3112

JASON D. WILLIAMSON[1]
AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 284-7340
FAX: (212) 549-2654

ATTORNEYS FOR PLAINTIFF

---

[1] Admitted pro hac vice.

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by operation of the Court CM/ECF system upon counsel for each of the Defendants on September 23, 2011.

/s/ Anthony E. Rothert