UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| Michael Barrett, IV, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 2:11-cv-04242-NKL |
| | ) | |
| Donald M. Claycomb, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE
## PLAINTIFFS' INITIAL DISCLOSURES UNDER FED.R.CIV.P. 26(a)

Plaintiffs, by through counsel, hereby certify that their Initial Disclosures Under Fed.R.Civ P.26(a) were mailed, postage prepaid on October 7, 2011, to:

KENT R. BROWN
621 East McCarty Street
Suite A
Jefferson City, Missouri 65101

        Respectfully submitted,

        AMERICAN CIVIL LIBERTIES UNION
         OF EASTERN MISSOURI

        /s/ Anthony E. Rothert
        Anthony E. Rothert #44827
        Grant R. Doty #60788
        454 Whittier Street
        St. Louis, Missouri 63108
        PHONE: (314) 652-3114
        FAX: (314) 652-3112
        grant@aclu-em.org

JASON D. WILLIAMSON
AMERICAN CIVIL LIBERTIES
 UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 284-7340
FAX: (212) 549-2654
jwilliamson@aclu.org

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by operation of the Court CM/ECF system upon counsel for each of the Defendants on October 7, 2011.

/s/ Anthony E. Rothert