UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

Michael Barrett, IV, et al.,                )
                                             )
                        Plaintiffs,          )
                                             )
        v.                                   )        2:11-cv-04242-NKL
                                             )
Donald M. Claycomb, et al.,                  )
                                             )
                        Defendants.          )

**CERTIFICATE OF SERVICE**
**PLAINTIFFS' FIRST INTERROGATORIES**

        Plaintiffs, by through counsel, hereby certify that their First Interrogatories Directed to

Defendants Toni Schwartz, John Klebba, Diane Benetz, Mark Collom, Kenneth Miller, Erick

Kern, and Donald M. Claycomb pursuant to Fed.R.Civ P. 33 were mailed, postage prepaid, on

October 12, 2011, to:

        KENT R. BROWN
        621 East McCarty Street
        Suite A
        Jefferson City, Missouri 65101.

        In addition, a copy was delivered to Defendants' counsel by facsimile on the same date.


                                Respectfully submitted,

                                AMERICAN CIVIL LIBERTIES UNION
                                  OF EASTERN MISSOURI

                                /s/ Anthony E. Rothert_____
                                Anthony E. Rothert #44827
                                Grant R. Doty #60788
                                454 Whittier Street
                                St. Louis, Missouri 63108
                                PHONE:  (314) 652-3114
                                FAX: (314) 652-3112

JASON D. WILLIAMSON
AMERICAN CIVIL LIBERTIES
        UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 284-7340
FAX: (212) 549-2654
jwilliamson@aclu.org


**ATTORNEYS FOR PLAINTIFFS**

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing was served by operation of the Court CM/ECF system upon counsel for each of the Defendants on October 12, 2011.


/s/ Anthony E. Rothert