# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## WAIVER OF SERVICE OF SUMMONS

Minter, et al.
_____
Plaintiff

v.

Case Number: 2:11-cv-4242-NKL

Claycomb, et al.
_____
Defendant

TO: Anthony E. Rothert
_____
Name of Plaintiff's Attorney or Unrepresented Plaintiff

I acknowledge receipt of your request that I waive service of a summons in the above action. in the United States District Court for the Western District of Missouri. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after September 16, 2011, or within 90 days after that date if the request was sent outside the United States.

9-27-2011
Date

Signature: Toni R. Schwartz

Printed/Typed Name: Toni R. Schwartz

Street Address: One Technology Dr

City/State/Zip: Linn MO 65051

Party Represented: Linn State Technical College

Telephone Number: 573 897 5741     Bar #

(See Reverse)

:waivsum.int