# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

# WAIVER OF SERVICE OF SUMMONS

Minter, et al.
_____

Plaintiff

Case Number: 2:11-cv-4242-NKL
_____

v.

Claycomb, et al.
_____

Defendant

TO: Anthony E. Rothert
_____
Name of Plaintiff's Attorney or Unrepresented Plaintiff

I acknowledge receipt of your request that I waive service of a summons in the above action. in the United States District Court for the Western District of Missouri. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after September 16, 2011 , or within 90 days after
Date request was sent

that date if the request was sent outside the United States.

10-3-11
_____
Date

Signature: Kenneth L Miller
_____
Signature

KENNETH L MILLER
_____
Printed/Typed Name

One Technology Drive
_____
Street Address

LINN, Missouri 65051
_____
City/State/Zip

LINN STATE TECHNICAL College
_____
Party Represented

417-532-3164
_____
Telephone Number          Bar #

(See Reverse)

:waivsum.int