UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| Michael Barrett, IV, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 2:11-cv-04242-NKL |
| | ) | |
| Donald M. Claycomb, et al.; | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS INDIVIDUAL CLAIMS OF ASHLEY MINTER AND SHAWN KURGAS**

Come now Plaintiffs, pursuant to FED.R.CIV.P. 41(a)(2), through their counsel, and move this Court to dismiss the individual claims of Ashley Minter and Shawn Kurgas without prejudice.

Respectfully submitted,

/s/ Anthony E. Rothert
ANTHONY E. ROTHERT, #44827MO
GRANT R. DOTY, #60788MO
AMERICAN CIVIL LIBERTIES UNION
    OF EASTERN MISSOURI
454 Whittier Street
St. Louis, Missouri 63108
(314) 652-3114
FAX: (314) 652-3112

JASON D. WILLIAMSON
AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 284-7340
FAX: (212) 549-2654

ATTORNEYS FOR PLAINTIFFS

1

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by operation of the Court CM/ECF system upon counsel for each of the Defendants on October 19, 2011.

/s/ Anthony E. Rothert