UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| Michael Barrett, IV, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 2:11-cv-04242-NKL |
| | ) |
| Donald M. Claycomb, et al.; | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Answers to Plaintiffs' First Interrogatories to Defendants, Responses to Plaintiffs' First Request for Production, and Defendants' First Supplemental Rule 26 Disclosures were sent via electronic mail on this 21st day of October, 2011, to:

Anthony E. Rothert
Grant R. Doty
454 Whittier Street
St. Louis, Missouri 63108
(314) 652-3114
Facsimile: (314) 652-3112

Jason D. Williamson
125 Broad Street, 18th Floor
New York, New York 10004
(212) 284-7340
Facsimile: (212) 549-2654
**Attorneys for Plaintiffs**

1

Respectfully submitted,

KENT L. BROWN, P.C.

_____
Kent L. Brown     #38992MO
621 East McCarty Street, Ste. A
Jefferson City, MO 65101
Telephone: (573) 635-4971
Facsimile: (866) 434-5576
ATTORNEY FOR DEFENDANTS