UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| Michael Barrett, IV, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 2:11-cv-04242-NKL |
| | ) |
| Donald M. Claycomb, et al.; | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW Judith Anne Willis, Attorney at Law, and enters her appearance on behalf of Defendants Donald Claycomb, Toni Schwartz, John Klebba, Diane Benetz, Mark Collom, Kenneth Miller and Erick Kern as co-counsel and for the same purposes as counsel Kent L. Brown, in the above cause of action.

Respectfully submitted,

/s/   Judith Anne Willis

Kent L. Brown, P.C.
Judith Anne Willis # 63327
621 East McCarty Street, Ste. A
Jefferson City, MO  65101-3499
Telephone: (573) 635-4971
Facsimile: (866) 434-3799

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above Notice of Entry of Appearance was sent via the WD-ECF electronic notification system on this 24th day of October, 2011, addressed as follows, to:

Anthony E. Rothert
Grant R. Doty
454 Whittier Street
St. Louis, Missouri 63108
(314) 652-3114
Facsimile: (314) 652-3112


Jason D. Williamson
125 Broad Street, 18th Floor
New York, New York 10004
(212) 284-7340
Facsimile: (212) 549-2654

**Attorneys for Plaintiffs**


/s/   Judith Anne Willis_____