UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| Michael Barrett, IV, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 2:11-cv-04242-NKL |
| | ) |
| Donald M. Claycomb, et al.; | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW David J. Moen, Attorney at Law, and enters his appearance on behalf of Defendants Donald Claycomb, Toni Schwartz, John Klebba, Diane Benetz, Mark Collom, Kenneth Miller and Erick Kern as co-counsel and for the same purposes as counsel Kent L. Brown, in the above cause of action.

Respectfully submitted,

/s/   David J. Moen_____

David J. Moen, P.C.
David J. Moen #39239
621 East McCarty Street, Suite A
Jefferson City, Missouri 65101
Telephone: (573) 636-5997
Facsimile: (866) 757-8665
ATTORNEYS FOR DEFENDANT

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above Notice of Entry of Appearance was sent via the WD-ECF electronic notification system on this 24th day of October, 2011, addressed as follows, to:

Anthony E. Rothert
Grant R. Doty
454 Whittier Street
St. Louis, Missouri 63108
(314) 652-3114
Facsimile: (314) 652-3112


Jason D. Williamson
125 Broad Street, 18th Floor
New York, New York 10004
(212) 284-7340
Facsimile: (212) 549-2654

**Attorneys for Plaintiffs**


/s/   David J. Moen_____