IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

ASHLEY MINTER, et al., )
)
      Plaintiffs, )
)
v. ) Case No. 11-4242-CV-C-NKL
)
DONALD M. CLAYCOMB, et al., )
) October 25, 2011
      Defendants. )
)
)

## MINUTE SHEET

HONORABLE Nanette K. Laughrey presiding at Jefferson City, Missouri.
========================================================================
Nature of Proceeding: Preliminary Injunction Hearing
Time: 10:05 a.m. - 5:20 p.m.

Plaintiff by: Anthony Rothert, Jason Williamson, and Grant Doty
Defendant by: Kent Brown, Annie Willis, David Moen

Comments:


The parties reached an agreement as to which witnesses will be allowed to remain in the courtroom during the hearing. The Motion to Exclude Witness [Doc. 70] was denied as moot. All other witnesses shall remain outside the courtroom until they are called to testify.

Plaintiff presented evidence beginning at 10:10 a.m.:
Donald Claycomb: Direct , 10:10 a.m. - 11:01 a.m.  No cross examination.
Plaintiff completed presenting evidence at 11:05 a.m.

Defendant presented evidence beginning at 11:04 a.m.
Vince Geiger:         Direct, 11:11 a.m. - 11:16 a.m.
                       Cross , 11:17 a.m. - 11:18 a.m.
                       Redirect 11:19 a.m. - 11:19 a.m.

Benjamin Berhorst:  Direct, 11:20 a.m. - 11:26 a.m.
                       Cross, 11:26 a.m. - 11:29 a.m.

Aaron Kliethermes:  Direct, 11:31 a.m. - 11:40 a.m.
                       Cross, 11:40 a.m. - 11:42 a.m.

| | |
|---|---|
| Jason Hoffmeyer: | Direct, 11:43 a.m. - 11:49 a.m. |
| | Cross, 11:50 a.m. - 11:54 a.m. |

Lunch break from 11:55 a.m. to 12:49 p.m.

| | |
|---|---|
| Bll Hooper: | Direct, 12:49 p.m. - 12:54 p.m. |
| | Cross, 12:54 p.m. - 12:56 p.m. |
| Ed Frederick: | Direct, 12:56 p.m. - 1:03 p.m. |
| | Cross, 1:03 p.m. - 1:07 p.m. |
| Tony DeBoeuf: | Direct, 1:08 p.m. - 1:13 p.m. |
| | Cross, 1:13 p.m. - 1:16 p.m. |
| | Redirect, 1:16 p.m. - 1:17 p.m. |
| | Recross, 1:17 p.m. - 1:17p.m. |
| Jim Brandon: | Direct, 1:18 p.m. - 1:20 p.m. |
| | Cross, 1:20 p.m. - 1:22 p.m. |
| Dan Griffin: | Direct, 1:24 p.m. - 1:27 p.m. |
| | Cross, 1:27 p.m. - 1:28 p.m. |
| | Redirect, 1:28 p.m. - 1:29 p.m. |
| Richard Pemberton: | Direct, 1:29p.m. - 2:09 p.m. |
| | Cross, 2:09 p.m. - 2:23 p.m. |
| | Redirect, 2:23 p.m. - 2:27 p.m. |
| | Recross, 2:28 p.m. - 2:29 p.m. |

Defendant completed presenting evidence at 2:30 p.m.

Break from 2:31 p.m. to 2:37 p.m.

Oral argument presented: Plaintiff from 2:38 p.m. - 2:59 p.m. Defendant from 3:00 p.m. - 3:37 p.m. Plaintiff from 3:38 p.m. - 3:44 p.m.

Break from 3:44 p.m. - 5:01 p.m.

The Court granted the Motion for Preliminary Injunction [Doc. 4]. The defendant objected at this time to making this a permanent injunction and finalizing the matter. The Court extended the TRO until November 8, 2011, and the defendant will advise the Court as to the question of whether the TRO will extend to the collection of urine and whether or not the defendants want to present additional evidence at a permanent injunction hearing.

Court Reporter: Katie Wirt                                     By: Renea Kanies, Courtroom Deputy