## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| ASHLEY MINTER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 11-4242-CV-W-NKL |
| DONALD M. CLAYCOMB, et al., | ) |
| Defendants. | ) November 8, 2011 |

## MINUTE SHEET

HONORABLE Nanette K. Laughrey presiding at Jefferson City, Missouri.
====================================================================
Nature of Proceeding: Teleconference
Time:   11:02 a.m. - 11:16 a.m.

Plaintiff by: Anthony Rothert, Granty Doty and Jason Williamson
Defendant by: Kent Brown and Annie Willis

Comments:

Teleconference held regarding whether the parties want to collapse into the preliminary injunction hearing the issue of the permanent injunction or if parties want a separate hearing to add additional facts. Plaintiff had no objection to collapsing the preliminary into the permanent injunction. Mr. Brown stated the defendants want a final hearing to present additional evidence.

The Court will not issue an order on the preliminary injunction until all facts are before the Court. The Court set a final permanent injunction hearing for February 3, 2012 at 9:00 a.m. The parties will be allowed a total of 7 hours to present evidence.

The Court continued the TRO. The parties had no objection. The Defendants agreed Linn College will not collect urine specimens pursuant to the policy being challenged. The Court ordered that until the Court enters an order on the permanent injunction the parties shall maintain the status quo and the samples will not be tested and no future urine testing will occur pursuant to the policy that is being challenged in this law suit.

The Court ordered a revised proposed scheduling order be filed by November 15, 2011 that will fit within the new hearing date of February 3, 2012.

Court Reporter: None                                        By: Renea Kanies, Courtroom Deputy