UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| Michael Barrett, IV, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 2:11-cv-04242-NKL |
| | ) | |
| Donald M. Claycomb, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**
**PLAINTIFFS' SECOND REQUEST FOR PRODUCTION**

Plaintiffs, by through counsel, hereby certify that their Second Request for Production Directed to Defendants Toni Schwartz, John Klebba, Diane Benetz, Mark Collom, Kenneth Miller, Christopher Davidson, Erick Kern, and Donald M. Claycomb pursuant to Fed.R.Civ P. 34 was mailed, postage prepaid, on November 22, 2011, to:

KENT R. BROWN
621 East McCarty Street
Suite A
Jefferson City, Missouri 65101.

In addition, a copy was delivered to Defendants' counsel by facsimile on the same date.

Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION
  OF EASTERN MISSOURI

/s/ Anthony E. Rothert
Anthony E. Rothert #44827
Grant R. Doty #60788
454 Whittier Street
St. Louis, Missouri 63108
PHONE: (314) 652-3114
FAX: (314) 652-3112

JASON D. WILLIAMSON
AMERICAN CIVIL LIBERTIES
 UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 284-7340
FAX: (212) 549-2654
jwilliamson@aclu.org

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by operation of the Court CM/ECF system upon counsel for each of the Defendants on November 22, 2011.

/s/ Anthony E. Rothert