UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| Michael Barrett, IV, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 2:11-cv-04242-NKL |
| Donald M. Claycomb, et al.; | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Answers to Plaintiffs' Second Interrogatories to Defendants, Responses to Plaintiffs' Second Request for Production, were sent via US Mail postage pre-paid on this 22nd day of December, 2011, to:

Anthony E. Rothert
Grant R. Doty
454 Whittier Street
St. Louis, Missouri 63108
(314) 652-3114
Facsimile: (314) 652-3112

Jason D. Williamson
125 Broad Street, 18th Floor
New York, New York 10004
(212) 284-7340
Facsimile: (212) 549-2654
**Attorneys for Plaintiffs**

1

Respectfully submitted,

KENT L. BROWN, P.C.

_____
Kent L. Brown    #38992MO
621 East McCarty Street, Ste. A
Jefferson City, MO 65101
Telephone: (573) 635-4971
Facsimile: (866) 434-5576
ATTORNEY FOR DEFENDANTS