UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| Michael Barrett, IV, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 2:11-cv-04242-NKL |
| | ) | |
| Donald M. Claycomb, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**
**PLAINTIFFS' FOURTH INTERROGATORIES**

Plaintiffs, by counsel, hereby certify that their Fourth Interrogatories Directed to

Defendant Donald M. Claycomb only pursuant to Fed.R.Civ P. 33 were mailed, postage prepaid,

on December 22, 2011, to:

    KENT R. BROWN
    621 East McCarty Street
    Suite A
    Jefferson City, Missouri 65101.

                        Respectfully submitted,

                        AMERICAN CIVIL LIBERTIES UNION
                          OF EASTERN MISSOURI

                        /s/ Anthony E. Rothert
                        Anthony E. Rothert #44827
                        Grant R. Doty #60788
                        454 Whittier Street
                        St. Louis, Missouri 63108
                        PHONE: (314) 652-3114
                        FAX: (314) 652-3112

JASON D. WILLIAMSON
AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 284-7340
FAX: (212) 549-2654
jwilliamson@aclu.org

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by operation of the Court CM/ECF system upon counsel for each of the Defendants on December 23, 2011.

    /s/ Anthony E. Rothert