UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| Michael Barrett, IV, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 2:11-cv-04242-NKL |
| | ) | |
| Donald M. Claycomb, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**
**PLAINTIFFS' FIRST REQUESTS FOR ADMISSION**

Plaintiffs, by counsel, hereby certify that their First Requests for Admission Directed to Defendants Toni Schwartz, John Klebba, Diane Benetz, Mark Collom, Kenneth Miller, Christopher Davidson, Erick Kern, and Donald M. Claycomb pursuant to Fed.R.Civ P. 36 were mailed, postage prepaid, on December 22, 2011, to:

    KENT R. BROWN
    621 East McCarty Street
    Suite A
    Jefferson City, Missouri 65101.

                                                Respectfully submitted,

                                                AMERICAN CIVIL LIBERTIES UNION
                                                  OF EASTERN MISSOURI

                                                  /s/ Anthony E. Rothert
                                                  Anthony E. Rothert #44827
                                                  Grant R. Doty #60788
                                                  454 Whittier Street
                                                  St. Louis, Missouri 63108
                                                  PHONE: (314) 652-3114
                                                  FAX: (314) 652-3112

JASON D. WILLIAMSON
AMERICAN CIVIL LIBERTIES
     UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 284-7340
FAX: (212) 549-2654
jwilliamson@aclu.org

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by operation of the Court CM/ECF system upon counsel for each of the Defendants on December 23, 2011.

/s/ Anthony E. Rothert