IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Michael Barrett, IV, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 11-04242-CV-C-NKL |
| v. ) | |
| ) | Date: December 28, 2011 |
| Donald M. Claycomb, et al., ) | |
| ) | |
| Defendants. ) | |

## MINUTE SHEET

HONORABLE Nanette K. Laughrey presiding at Jefferson City, Missouri.
================================================================================
Nature of Proceeding: Teleconference
Time: 9:00 AM - 9:12 AM

Plaintiff by:        Anthony E. Rothert and Jason D. Williamson
Defendants by:       Kent Brown
Interested Party:    Dan Viets


Comments:

   Teleconference held.  The parties will continue fact discovery on any outstanding discovery issues in preparation for the permanent injunction hearing.  All other discovery is stayed pending resolution of Defendant's interlocutory appeal of the Court's preliminary injunction, including disclosure of and discovery on expert witnesses.

   Court Reporter:  None                              By: Jordan Bergsten, Law Clerk