UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **Michael Barrett, IV, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No.: 2:11-cv-04242-NKL |
| | ) |
| **Donald M. Claycomb, et al.;** | ) |
| | ) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Defendant's Answers to Plaintiffs' Second Interrogatories were sent via U.S. Mail postage pre-paid on this 27th day of February, 2012, to:

Anthony E. Rothert
Grant R. Doty
454 Whittier Street
St. Louis, Missouri 63108
(314) 652-3114
Facsimile: (314) 652-3112

Jason D. Williamson
125 Broad Street, 18th Floor
New York, New York 10004
(212) 284-7340
Facsimile: (212) 549-2654
**Attorneys for Plaintiffs**

1

Respectfully submitted,

KENT L. BROWN, P.C.


/s/  Kent L. Brown_____
Kent L. Brown          #38992MO
621 East McCarty Street, Ste. A
Jefferson City, MO 65101
Telephone: (573) 635-4971
Facsimile: (866) 434-5576
ATTORNEY FOR DEFENDANTS