UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| Michael Barrett, IV, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 2:11-cv-04242-NKL |
| | ) | |
| Donald M. Claycomb, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE OF
PLAINTIFFS'DISCLOSURE OF EXPERT TESTIMONY**

Plaintiffs, by through counsel, hereby certify that their Disclosure of Expert Testimony was mailed, postage prepaid, on April 26, 2013, to:

KENT R. BROWN
621 East McCarty Street
Suite A
Jefferson City, Missouri 65101.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert #44827
Grant R. Doty #60788
AMERICAN CIVIL LIBERTIES UNION
 OF EASTERN MISSOURI
454 Whittier Street
St. Louis, Missouri 63108
PHONE: (314) 652-3114
FAX: (314) 652-3112

JASON D. WILLIAMSON
AMERICAN CIVIL LIBERTIES
　　UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 284-7340
FAX: (212) 549-2654

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by operation of the Court CM/ECF system upon counsel for each of the Defendants on April 26, 2013.

/s/ Anthony E. Rothert