UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| Michael Barrett, IV, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 2:11-cv-04242-NKL |
| | ) | |
| Donald M. Claycomb, et al.; | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM TO COURT WITH RESPECT TO SCHEDULING ORDER

Counsel for Plaintiffs hereby notify the Court that they are unable to comply with this Court's order that the parties file a joint stipulation of facts no later than June 14, 2013. (Doc. # 158).

On June 6, 2013, Plaintiffs submitted to counsel for Defendants a proposed joint stipulation of facts, requesting feedback by noon on June 12. There was no response, or response to subsequent telephone messages left for Defendants' counsel, until, by email at 2:50 p.m. on June 14, 2013, defense counsel notified Plaintiffs' counsel that "defendants decline to enter into [any of the proposed stipulations]." Defendants have not suggested any facts to which the parties might stipulate.

As a result, there are no facts to which the parties have stipulated.

Respectfully submitted,

/s/ Anthony E. Rothert
ANTHONY E. ROTHERT, #44827
GRANT R. DOTY, #60788
AMERICAN CIVIL LIBERTIES UNION
    OF EASTERN MISSOURI
454 Whittier Street
St. Louis, Missouri 63108
(314) 652-3114
FAX: (314) 652-3112

JASON D. WILLIAMSON
AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 284-7340
FAX: (212) 549-2654
jwilliamson@aclu.org

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by operation of the Court CM/ECF system upon counsel for each of the Defendants on June 14, 2013.

/s/ Anthony E. Rothert