UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| Michael Barrett, IV, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:11-cv-04242-NKL |
| Donald M. Claycomb, et al., | ) |
| Defendants. | ) |

**MOTION TO ENFORCE JUDGMENT**

Come now Plaintiffs, pursuant to Rule 70 of the Federal Rules of Civil Procedure, and move this Court for entry of an order enforcing the judgment entered herein on September 16, 2013. In support, Plaintiffs state:

1. On September 16, 2013, this Court entered the judgment in this case. (Doc. # 235).

2. Defendants were ordered, *inter alia*, to "ensure destruction or return of any urine specimens previously collected from students who were not or have not since enrolled in [specified programs] and to refund the $50.00 fee any such students were assessed for the unconstitutional drug testing." *Id*.

3. Defendants have refused to comply with the above-quoted provisions of the judgment.

4. Some of the defendants have appealed (Doc. # 243); however, none have requested that this Court stay any portion of its judgment.

5. Plaintiffs and other members of the certified class are entitled to enforcement

of the judgment.

WHEREFORE Plaintiffs request this Court enter an appropriate order to enforce the judgment.

Respectfully submitted,

/s/ Anthony E. Rothert
ANTHONY E. ROTHERT, #44827
GRANT R. DOTY, #60788
AMERICAN CIVIL LIBERTIES UNION
 OF MISSOURI FOUNDATION
454 Whittier Street
St. Louis, Missouri 63108
(314) 652-3114

JASON D. WILLIAMSON
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 284-7340

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by operation of the Court CM/ECF system upon counsel for Defendants on November 19, 2013.

/s/ Anthony E. Rothert