# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-1145

Brandon Kittle-Aikeley, et al.

Appellees

v.

Donald M. Claycomb, in his official capacity as President of the Linn State Technical College Board of Regents, et al.

Appellants

Christopher T. Davidson

Diane Benetz, in her official capacity as member of Linn State Technical College Board of Regents, et al.

Appellants

Member, Linn State Technical College Board of Regents

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:11-cv-04242-NKL)
_____

**ORDER**

Appellees' (Brandon Kittle-Aikeley, et al.) Motion to Dismiss for Lack of Jurisdiction is denied.

That portion of the district court's order in case 2:11CV-04242-NKL, docket number 261, section II.F., captioned Notice to the Rule 23 Class, and class notice references in the Order's section III Conclusion now before this court on appeal are stayed until further order of the court.

February 20, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans