# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-3264

Brandon Kittle-Aikeley, et al.

Appellees

v.

Donald M. Claycomb, in his official capacity as President of Linn State Technical College, et al.

Appellants

Christopher T. Davidson

Diane Benetz, in her official capacity as member of the Linn State Technical College Board of Regents, et al.

Appellants

Member, Linn State Technical College Board of Regents, in their official capacity


No: 14-1145

Brandon Kittle-Aikeley, et al.

Appellees

v.

Donald M. Claycomb, in his official capacity as President of Linn State Technical College, et al.

Appellants

Christopher T. Davidson

Diane Benetz, in her official capacity as member of the Linn State Technical College Board of Regents, et al.

Appellants

Member, Linn State Technical College Board of Regents, in their official capacity

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:11-cv-04242-NKL)
(2:11-cv-04242-NKL)

_____

# ORDER

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

February 18, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans