UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| Michael Barrett, IV, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 2:11-cv-04242-NKL |
| ) | |
| Donald M. Claycomb, et al.; ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM TO COURT WITH RESPECT TO PROCEEDINGS IN THE EIGHTH CIRCUIT

On February 19, 2016, this Court docketed a copy of the Order of February 18, 2016, from the United States Court of Appeals for the Eighth Circuit denying the petition for rehearing. ECF No. 276.

Attached for the Court's records and information are copies of the Eighth Circuit's subsequent orders (a) vacating the Order denying the petition for rehearing and (b) granting the petition for rehearing en banc and denying the petition for rehearing by the panel as moot.

Respectfully submitted,

/s/ Anthony E. Rothert
ANTHONY E. ROTHERT, #44827
AMERICAN CIVIL LIBERTIES UNION
    OF EASTERN MISSOURI
454 Whittier Street
St. Louis, Missouri 63108
(314) 652-3114

JASON D. WILLIAMSON
AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
(212) 284-7340
ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by operation of the Court CM/ECF system upon counsel for each of the Defendants on March 8, 2016.

/s/ Anthony E. Rothert