# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-3264

Branden Kittle-Aikeley, et al.

Appellees

v.

Donald M. Claycomb, in his official capacity as President of Linn State Technical College, et al.

Appellants

Christopher T. Davidson

Diane Benetz, in her official capacity as member of the Linn State Technical College Board of Regents, et al.

Appellants

Member, Linn State Technical College Board of Regents, in their official capacity

No: 14-1145

Branden Kittle-Aikeley, et al.

Appellees

v.

Donald M. Claycomb, in his official capacity as President of Linn State Technical College, et al.

Appellants

Christopher T. Davidson

Diane Benetz, in her official capacity as member of the Linn State Technical College Board of Regents, et al.

Appellants

Member, Linn State Technical College Board of Regents, in their official capacity

---

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:11-cv-04242-NKL)
(2:11-cv-04242-NKL)

---

# ORDER

Appellees shall recover from the appellants the sum of $396.48 (Three Hundred Ninety-Six dollars and Forty-Eight cents) as taxable costs on appeal, and $39,566.00 (Thirty-Nine Thousand Five Hundred Sixty-Six dollars) as attorney fees.

The clerk of the United States District Court is directed to place these costs in the previously issued mandate.

March 02, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans